UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| WILLIE MASON, | ) | Case No.: 3:18-CV-00151-RCJ-WGC |
| Plaintiff, | ) ) ) | ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 30) |
| vs. | ) ) | |
| WOODS, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

    Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 30[1]) entered on July 1, 2020, recommending that the Court grant and deny in part Defendants' Motion for Summary Judgment (ECF No. 20). On July 20-21, 2020 Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (ECF Nos. 30, 31).

    This action was referred to Magistrate Judge Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to Court's docket number.

1

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties including the parties' objections to the Report and Recommendation and other relevant matters to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that United States Magistrate Judge Cobb's Report and Recommendation (ECF No. 30), shall be **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 20) is **GRANTED** as to Defendants **BRYANT, DAVIS,** and **KIRCHEN.**

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 20) is **DENIED** as to Defendants **WOODS** and **GONZALES**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

**IT IS SO ORDERED.**

Dated this 21st day of September, 2020.

_____
ROBERT C. JONES
United States District Judge