# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE MASON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BRIAN WOODS, *et al.*,<br><br>　　　　　　Defendants. | Case No.: 3:18-CV-00151-RCJ-WGC<br><br>**ORDER TO TRANSPORT PLAINTIFF AND ORDER TO TEST NDOC INMATE FOR IN-PERSON COURT PROCEEDINGS** |

The Court set an in-person jury trial for 8:30A.M., Monday, January 31, 2022 (ECF No. 63).

**IT IS ORDERED** that the Nevada Department of Corrections (NDOC) shall transport inmate Willie Mason, NDOC #94702, to the Bruce R. Thompson Federal Courthouse, 400 South Virginia Street, Reno, Nevada, to personally attend the jury trial set for 8:30A.M., Monday, January 31, 2022, in Reno Courtroom Number TBD, before Judge Robert C. Jones.

**IT IS FURTHER ORDERED** that the Nevada Attorney General's Office, in coordination with the NDOC, shall arrange for Mason to be tested for COVID-19 within 14 days of the hearing and with Mason' consent.  Additionally, where practicable and depending on space availability,

the NDOC should ensure Mason is placed in quarantine following administration of the test and prior to the hearing to protect against further exposure before transport to the Court.

**IT IS FURTHER ORDERED** that, if Mason does not consent to testing, or upon a positive test result, the Nevada Attorney General shall immediately notify the court by contacting the courtroom deputy Lesa Ettinger, Lesa_Ettinger@nvd.uscourts.gov or (775) 686-5833.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall provide a courtesy copy of this Order to the U.S. Marshal's Office in Reno, Nevada.

**IT IS SO ORDERED**.

DATED:  This 10th of January, 2022.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE